## Commonwealth v. Missmer, Appellant.

██ Submitted June 8, 1970. *Malcolm J. Gross,* Assistant Public Defender, for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.